JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA  92101
Phone (619) 685-4800 Ext. 1961
Fax (619) 685-4810

Attorney for: Secured Creditor,
HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>Deon Booker,<br><br>      Debtor. | ) Case No.  16-10619 J<br>)<br>) Chapter   13<br>)<br>) **NOTICE OF MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>) Date:   9/22/2016<br>) Time:   9:00 AM<br>) Place:  99 South E Street<br>)        Santa Rosa, CA |

    TO: Debtor, Deon Booker; Chapter 13 Trustee, David Burchard; Debtor's Attorney of Record, ; and Other Interested Parties.

1          File No. CA-16-128118
Notice of Motion with Certificate of Service, Case No.16-10619 J
Case: 16-10619   Doc# 26   Filed: 08/31/16   Entered: 08/31/16 14:52:50   Page 1 of 4

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 99 South E Street, Santa Rosa, California, HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion For Relief From the Automatic Stay.

Please take notice that unless the Debtor or Debtor's Counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

Dated: August 31, 2016                                     McCarthy & Holthus, LLP


By: __/s/ Kristin A. Zilberstein_____
Kristin A. Zilberstein, Esq.
Attorney for Secured Creditor
HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| | Kristin A. Zilberstein, Esq. SBN 200041 |
| 2 | **McCarthy & Holthus, LLP** |
| | 1770 Fourth Avenue |
| 3 | San Diego, CA 92101 |
| | Phone (619) 685-4800 Ext. 1961 |
| 4 | Fax (619) 685-4810 |
| 5 | Attorney for: Secured Creditor, |
| 6 | HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10619 J |
| | ) | |
| Deon Booker, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **CERTIFICATE OF SERVICE OF NOTICE** |
| | ) | **OF MOTION FOR RELIEF FROM** |
| | ) | **AUTOMATIC STAY, MOTION FOR** |
| | ) | **RELIEF FROM AUTOMATIC STAY,** |
| | ) | **MEMORANDUM OF POINTS AND** |
| | ) | **AUTHORITIES IN SUPPORT OF** |
| | ) | **MOTION FOR RELIEF FROM** |
| | ) | **AUTOMATIC STAY, DECLARATION IN** |
| | ) | **SUPPORT OF MOTION FOR RELIEF** |
| | ) | **FROM AUTOMATIC STAY AND RELIEF** |
| | ) | **FROM STAY COVER SHEET** |
| | ) | |
| | ) | Date: 9/22/2016 |
| | ) | Time: 9:00 AM |
| | ) | Place: 99 South E Street |
| | ) | Santa Rosa, CA |

# CERTIFICATE OF SERVICE

On 8/31/2016, I served the foregoing documents described as **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, MOTION FOR RELIEF FROM AUTOMATIC STAY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM STAY COVER SHEET**, on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

TRUSTEE
David Burchard
P.O. Box 8059
Foster City, CA 94404

DEBTOR
Deon Booker
59 Redhead Street
American Canyon, CA 94503

CO-BORROWERS
Ella Vinson
59 Redhead Street
American Canyon, CA 94503

Leon A. Vinson
59 Redhead Street
American Canyon, CA 94503

SPECIAL NOTICE
Ford Motor Credit Company
Attn: Austin P. Nagel, Esq.
Law Offices of Austin P. Nagel
111 Deerwood Road, Suite 305
San Ramon, CA 94583

American Express Centurion Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/31/2016 /s/ Christian Aguilar
Christian Aguilar